UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Starr Indemnity and Liability Company,<br><br>PLAINTIFF(S)<br>v.<br><br>Michael J Avenatti, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 19-01704JVS(JDEx)<br><br>ORDER TRANSFERRING<br>CIVIL ACTION PURSUANT TO<br>GENERAL ORDER 19-03 |

Pursuant to General Order 19-03,

IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge __David O Carter__ for all further proceedings.

10/1/2019
Date

_(signed) David O. Carter_
United States District Judge

10/1/2019
Date

_(signed) James V Selna_
United States District Judge  James V Selna

### NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials __DOC__ after the case number, so that the case number will read __SACV 19-01704DOC(JDEx)__. This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-29 (03/19)                ORDER TRANSFERRING CIVIL ACTION PURSUANT TO GENERAL ORDER 19-03