A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Leila J. Noël (SBN 114307)
lnoel@cappellonoel.com
Lawrence J. Conlan (SBN 221350)
lconlan@cappellonoel.com
Matthew L. Hofer (SBN 307055)
mhofer@cappellonoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

Attorneys for Defendants
PASSPORT 420, LLC; SPRING CREEK RESEARCH, LLC;
and WILLIAM PARRISH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a TEXAS CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>MICHAEL J. AVENATTI, an Individual and citizen of California, AVENATTI & ASSOCIATES, APC, a California Professional Corporation, PASSPORT 420, LLC, a Delaware Limited Liability Company, WILLIAM PARRISH, an Individual and citizen of California, SPRING CREEK RESEARCH, LLC, a California Limited Liability Company, ALEXIS GARDNER, an Individual and citizen of Georgia, and the UNITED STATES OF AMERICA, and DOES 1 to 25, INCLUSIVE,<br><br>                Defendants. | Case No.:  8:19-cv-01704-DOC-JDE<br><br>**STATUS REPORT PURSUANT TO DECEMBER 30, 2019 COURT ORDER GRANTING IN PART DEFENDANTS' MOTION TO DISMISS, STAY, OR ABSTAIN [DKT. 46]**<br><br><br>Judge:  Hon. David O. Carter<br><br>Trial Date:  None Set |

CAPPELLO
& NOËL LLP
TRIAL LAWYERS

Defendants Passport 420, LLC, William Parrish, and Spring Creek Research, LLC ("Passport Defendants") hereby provide the Court with a six-month status report on the litigation pending in Department 5 of the Santa Barbara Superior Court (the "State Court Action") pursuant to the Court's December 30, 2019 Order granting, in part, Defendants' Motion to Dismiss, Stay, or Abstain [Dkt. 46].

**Motions and Trial**

A Case Management Conference was held on March 29, 2021. At the conference, the parties informed the Santa Barbara Court that discovery was ongoing, and the parties continue to meet and confer over outstanding discovery disputes. The Passport Defendants also informed the Court that their counsel responsible for day-to-day management of the case had withdrawn, and the Passport Defendants' remaining counsel would take over that role. The Court scheduled a new Case Management Conference for July 26, 2021. No trial date has been set since the original date was vacated due to the COVID-19 pandemic.

**Discovery**

Discovery is ongoing, with the parties continuing to exchange written discovery and to meet and confer on several discovery disputes. Passport Defendants intend to bring one or more motions to compel to seek the Court's intervention in resolving these disputes. Once they are resolved, the Passport Defendants intend to begin taking depositions in late summer of this year.


DATED:  June 30, 2021                    CAPPELLO & NOËL LLP


By:  _/s/ Leila J. Noël____
     Leila J. Noël
     Attorneys for Defendants,
     PASSPORT 420, LLC,
     SPRING CREEK RESEARCH, LLC, and
     WILLIAM PARRISH