ROGER W. CLARK, ESQ. (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356)
Email: rgoldberg@cgold.cc
**THE CLARK LAW GROUP**
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 478-0077
Facsimile: (310) 478-0099

Attorneys for Plaintiff, **STARR INDEMNITY & LIABILITY COMPANY**

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a TEXAS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. AVENATTI, an Individual and citizen of California, AVENATTI & ASSOCIATES, APC, a California Professional Corporation, PASSPORT 420, LLC, a Delaware Limited Liability Company, WILLIAM PARRISH, an Individual and citizen of California, SPRING CREEK RESEARCH, LLC, a California Limited Liability Company, ALEXIS GARDNER, an Individual and citizen of Georgia, and the UNITED STATES OF AMERICA, and DOES 1 to 25, INCLUSIVE,<br><br>Defendants | CASE NO: 8:19-cv-1704-DOC-(JDE)<br><br>**STATUS REPORT AND REQUEST FOR INSTRUCTION** |

1

STATUS REPORT AND REQUEST FOR INSTRUCTION

Plaintiff STARR INDEMNITY AND LIABILITY COMPANY hereby submits its "Status Report and Request for Instruction," and states as follows:

By order dated July 15, 2020, this court ruled: "The court, however, will consider lifting the stay after the related criminal and civil forfeiture actions before Judge Selna are adjudicated. As previously ordered, within seven days of the conclusion of the federal criminal case in the Central District of California, both parties are ORDERED to submit briefing as to whether, if at all, the determination of the criminal matter affects this action and whether the stay should be lifted at that time. Further, within seven days of the conclusion of the civil forfeiture case, the parties are ORDERED to submit briefing on the same issues." (*See,* Docket 67).

The civil forfeiture case has not been tried.

On Tuesday, August 24, 2021, Judge Selna declared a mistrial of the federal criminal case after five weeks of trial. The basis of the mistrial was an inadvertent failure by the government to provide the defendant with certain financial documents obtained from the defendant's own computer servers, pursuant to search warrant, a deemed violation of *Brady*. The criminal case has been scheduled for a new trial, commencing on November 2, 2021.

Although the government had concluded with its case-in-chief and the defendant was nearing the completion of his case-in-chief, it is believed there has not been a "conclusion" or "determination" as contemplated by this court, pursuant

2
STATUS REPORT AND REQUEST FOR INSTRUCTION

to the language employed in the order of July 15, 2020. However, out of an abundance of caution, Starr Indemnity files this status report with a request for further instruction as to the intent of the court, and if this court desires substantive briefing as to whether the stay should be lifted at this time, Starr Indemnity would request a reasonable enlargement of time to submit the briefing.

Respectfully submitted:

Dated: August 31, 2021                    **THE CLARK LAW GROUP**

By: _____
ROGER W. CLARK, ESQ. (#108982)
Email: rclark@cgold.cc
ROBERT D. GOLDBERG, ESQ. (#137356)
Email: rgoldberg@cgold.cc
**THE CLARK LAW GROUP**
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 478-0077
Attorneys for Defendant,
**STARR INDEMNITY & LIABILITY COMPANY**

C:\USERS\KATHY CLARK\SYNCEDFOLDER\SHARE\DATA\AAA WORK\19-1915\PLEADINGS - USDC - STARR V AVENATTI\STATUS REPORT AND REQUEST FOR INSTRUCTION.DOC

3
STATUS REPORT AND REQUEST FOR INSTRUCTION

**PROOF OF SERVICE - by *Electronic Filing and Service Pursuant To Local Rule 5-3.2.1***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is that of The Clark Law Group located at 100 Wilshire Boulevard, Suite 700, Santa Monica, California 90401.

I hereby certify that on <u>August 31, 2021</u>, a copy of the following document was filed electronically and served on the parties identified below: **STATUS REPORT AND REQUEST FOR INSTRUCTION.**

Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**_X_   As Indicated on the attached Service List, by Electronic Filing and Service Pursuant to Local Rule 5-3.2.1:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

## ***SEE ATTACHED SERVICE LIST***

___ **(BY ELECTRONIC TRANSMISSION-VIA EMAIL)** I caused all of the pages of the above-entitled document, excluding exhibits, to be sent to the indicated recipient(s) noted above **via** electronic transmission (ELECTRONIC MAIL) at the indicated email address(es).

___ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid to the party(ies) indicated in the service list.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on <u>August 31, 2021</u> at Los Angeles, California.

__X__ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

KATHY CLARK                                   *KClark*
Type or Print Name                            Signature

## SERVICE LIST
### *Starr Indemnity & Liability Company v. Michael J. Avenatti, et al*
THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
Case Number: 8:19-cv-01704-DOC(JDEx)

### *Electronic Filing and Service Pursuant To Local Rule 5-3.2.1*

| | |
|---|---|
| Lawrence J. Conlan, Esq.<br>lconlan@cappellonoel.com<br>Leila Noel, Esq.<br>lnoel@cappellonoel.com<br>CAPPELLO & NOEL, LLP<br>831 State Street<br>Santa Barbara, CA 93101<br>Tel: (805) 564-2444<br>Fax: (805) 965-5950 | Attorneys for Passport 420, LLC; William Parish; Spring Creek Research, LLC |
| Filippo Marchino, Esq.<br>FM@xlawx.com<br>Damon Rogers, Esq.<br>DR@xlawx.com<br>Thomas E. Gran, Esq.<br>DG@xlawx.com<br>THE X-LAW GROUP, P.C.<br>625 Fair Oaks Avenue, Suite 390<br>South Pasadena, CA 91030<br>Tel: (213) 599-3380 | Attorneys for Alexis Gardner |
| Joanne I Osinoff, Esq.<br>AUSA Office of US Attorney<br>Civil Division<br>300 North Los Angeles St. #7516<br>Los Angeles, CA 90012<br>Tel: (213) 894-6880 | Attorney for United States of America |
| Michael Avenatti **(Via US Mail Only)**<br>c/o Mr. Jay Manheimer<br>229 Dimmick Avenue<br>Venice, CA 90291 | |