**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 19-01704-DOC-(JDEx)                Date: September 1, 2021

Title: STARR INDEMNITY & LIABILITY CO. V. MICHAEL J. AVENATTI ET AL.

PRESENT: <u>THE HONORABLE DAVID O. CARTER, JUDGE</u>

| <u>Kelly Davis</u> | <u>Not Present</u> |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER IN RESPONSE TO PLAINTIFF'S REQUEST FOR INSTRUCTION [75]**

Before the Court is Plaintiff Starr Indemnity & Liability Company's ("Plaintiff") status report and request for instruction (Dkt. 75). On July 15, 2020, this Court ordered the parties to submit briefing within seven days of the conclusion of the federal criminal case in the Central District of California as to whether, if at all, the determination of the criminal case affects this action and whether the stay should be lifted (Dkt. 67). On August 24, 2021, Judge Selna declared a mistrial of the federal criminal case after five weeks of trial due to a *Brady* violation. On August 31, 2021, Plaintiff filed this request for instruction as to whether the mistrial is an event requiring briefing under the order.

The Court does not view the mistrial in the federal criminal case as a "conclusion" or "determination" as contemplated under the earlier order. As such, the stay will remain in effect with the conditions for briefing outlined in the Court's July 15, 2020 order.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN