A. Barry Cappello (SBN 037835)
abc@cappellonoel.com
Lawrence J. Conlan (SBN 223150)
lconlan@cappellonoel.com
Richard Lloyd (SBN 332101)
rlloyd@cappellnoel.com
CAPPELLO & NOËL LLP
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

Attorneys for Defendants
PASSPORT 420, LLC;
SPRING CREEK RESEARCH, LLC;
and WILLIAM PARRISH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a TEXAS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. AVENATTI, an Individual and citizen of California, AVENATTI & ASSOCIATES, APC, a California Professional Corporation, PASSPORT 420, LLC, a Delaware Limited Liability Company, WILLIAM PARRISH, an Individual and citizen of California, SPRING CREEK RESEARCH, LLC, a California Limited Liability Company, ALEXIS GARDNER, an Individual and citizen of Georgia, and the UNITED STATES OF AMERICA, and DOES 1 to 25, INCLUSIVE,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIM | Case No.: 8:19-cv-01704-DOC-JDE<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE DAVID O. CARTER DEPARTMENT 10A<br><br>**STATUS REPORT ON BEHALF OF DEFENDANTS PASSPORT 420 LLC, SPRING CREEK RESEARCH LLC AND WILLIAM PARRISH IN ADVANCE OF DECEMBER 17, 2024 STATUS CONFERENCE**<br><br>Date:   December 17, 2024<br>Time:   7:30 a.m.<br>Dept:   10A |

Defendants Passport 420, LLC, Spring Creek Research, LLC and William Parrish ("Passport Defendants"), by and through their counsel of record, Lawrence J. Conlan and Richard Lloyd, hereby submit this status report in advance of the December 17, 2024 court conference. This report addresses the pending action and related federal cases, as well as a state court action with overlapping issues in which judgment will be entered soon.

(1) <u>*Starr v. Avenatti et al.*, Case No. 8:19-cv-01704-DOC-JDE, U.S. District Court, Central District</u>

In the instant action, Starr recently filed a motion to lift the stay, and intends to move to dismiss its pending claims. The motion is currently set for hearing on January 6, 2025, but is unopposed by the Passport Defendants and Alexis Gardner. (Dkt. 83 [Motion], 84 [Notice of Non-Opposition].) Counsel for Passport Defendants have met and conferred by telephone with counsel for Cross-Claimant, Ms. Gardner regarding the status and potential disposition of the Cross-Claim and claims asserted therein, and those discussions are ongoing.

(2) <u>*Passport 420 LLC v. Starr Indemnity & Liability Company*, Case No. 19CV03596, Santa Barbara Superior Court</u>

In the state court action that preceded Starr's federal action, and which was the basis for the stay here, Passport tried the case against Starr and on May 16 and 17, 2024, a Santa Barbara jury rendered a verdict that Starr had breached the insurance contract providing coverage for seizure, that Starr's denial of coverage was in bad faith, and that Starr had acted with malice, fraud and oppression. The jury awarded Passport the full policy amount, less deductible for a total of $3,990,000, and it awarded punitive damages of $15,000,000. The trial judge separately rejected Starr's claim of rescission. Passport's post-verdict motion for *Brandt* fees and costs was granted; Passport's motion for pre-judgment interest was partially granted, and Passport expects a final judgment to be entered imminently. Starr has stated an intent to appeal the Court's rulings denying rescission and the jury's verdict. (See Dkt. 83-1

at pID #1004:3-5.)

(3)  *United States v. Avenatti,* Case No. 8:19-cr-00061-JVS, U.S. District Court, Central District of California (the "Criminal Action") and *USA v. One Honda Aircraft*, Case No. 8:19-cv-01988-JVS, U.S. District Court, Central District of California (the "Forfeiture Proceeding")

On October 23, 2024, the Ninth Circuit issued a decision vacating the District Court's prior sentencing order, and remanded the matter for resentencing. See *United States v. Avenatti*, No. 22-50301, 2024 WL 4553810, at *1 (9th Cir. Oct. 23, 2024). Resentencing in the matter is expected to take place promptly. In the ancillary forfeiture proceedings directed at the disposition of funds from the federal auction of the HondaJet, the parties are awaiting a final ruling on priority of interests.

Pursuant to an August 28, 2024 Status Report, the Department of Justice confirmed the Court is holding $2,519,725.56 in funds received from the sale of the HondaJet aircraft. A further status report is expected on or before January 2, 2025.

DATED:  December 13, 2024          CAPPELLO & NOËL LLP

By: */s/ Lawrence J. Conlan*

Lawrence J. Conlan
Richard Lloyd
Attorneys for Defendants,
PASSPORT 420, LLC, SPRING CREEK RESEARCH, LLC, and WILLIAM PARRISH